Case Name: LOGAN, JOHN A.
                LOGAN-LUND, ANGELA M.
Case No:     07-71826

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 26, 2009            WILLIAM T. NEARY
                                      United States Trustee, Region 11


                              BY:    */s/ Carole J. Ryczek*
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee