**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN**

IN RE:
LOGAN, JOHN A
LOGAN-LUND, ANGELA M

LUND, ANGELA
                    Debtor(s)

CHAPTER 7 -- Liquidation

CASE NO. 07-71826 MB

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: 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

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR**
**COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
            At:    U.S. BANKRUPTCY COURT
                    211 South Court Street, Room 220
                    Rockford, IL  61101

            on:    **APRIL 22, 2009**
            at:      **9:30 a.m.**

2.    The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to
        the Final Report, ruling on applications for compensation and expenses, and transacting such other business
        as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS
        WELCOMED BUT IS NOT REQUIRED.

3.    The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $      0.00 | | 38.99 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $      0.00 | 2,856.25 | |
| BERNARD J. NATALE Trustee | $      0.00 | 1,350.27 | |

4.    The Trustee's Final Report shows total:

        a.  Receipts                                            $_____6,002.67

        b.  Disbursements                                 $_____0.00

        c.  Net Cash Available for Distribution     $_____6,002.67

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims,
        secured claims, and court costs which must be paid in advance of general unsecured creditors have been
        allowed in the amount of $3,595.74.  Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $137,889.40, resulting in an approximate distribution of 0.00% to unsecured creditors, plus interest.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE:    March 16, 2009                        For the Court,


                            By: /s/  BERNARD J NATALE

                                Trustee

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith                    Page 1 of 2                  Date Rcvd: Mar 27, 2009
Case: 07-71826               Form ID: pdf002                  Total Served: 35

The following entities were served by first class mail on Mar 29, 2009.
```
db/jdb      +John A Logan,   Angela M Logan-Lund,   5404 East Drive,   Loves Park, IL 61111-5026
aty         +Brian A Hart,   Brian A Hart Law Offices PC,   308 W State Street,   Suite M-8,
              Rockford, IL 61101-1139
aty         +John J Carrozza,   Brian  A. Hart Law Offices,   308 W. State Street,   Suite M-8,
              Rockford, IL 61101-1139
tr          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
11517766    +AMERICAN HONDA FINANCE CORP.,   1235 Old Alpharetta Rd., Ste 190,   Attn: Bankruptcy Dept.,
              Alpharetta, GA 30005-2902
11517767     Aspire USA,   PO BOX 105555,   Atlanta, GA 30348-5555
11517768    +Atty Harold Turner,   1330 East State Street,   Rockford, IL 61104-2251
11517769     BEST BUY,   c/o HRS USA,   P.O. Box 15521,   Wilmington, DE 19850-5521
11517772    +CITI CARDS,   P.O. Box 6000,   The Lakes, NV 89163-0001
11517773    +CITY OF ROCKFORD,   PARKING VIOLATION DIVISION,   425 East State Street,
              Rockford, IL 61104-1014
11517770    +Candice Dixon,   3103 Vinton Ave.,   Rockford, IL 61101-2662
11517780    +Candice Dixon,   c/o Law Office of Harold Turner,   P.O. Box 4504,   Rockford, IL 61110-4504
11517771    +Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11517774    +Diane Logan,   909 Sunset,   Rock Falls, IL 61071-2137
11517776    +HOMECOMINGS FINANCIAL,   P.O. Box 890036,   Dallas, TX 75389-0036
11517777     HSBC,   PO Box 81622,   Salinas, CA 93912-1622
11517778   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  INTERNAL REVENUE SERVICE,   Centralized Insolvency Operations,
              PO Box 21126 Stop N781,   Philadelphia, PA 19114)
11517779     KSB Hospital,   Patient Financial Services,   P.O. Box 737,   Dixon, IL 61021-0737
11517781    +Menards - Retail Services,   P.O. Box 15521,   Wilmington, DE 19850-5521
11517783    +NATIONAL BANK & TRUST OF SYCAMORE,   230 W. State,   Sycamore, IL 60178-1489
11517784    +Robert & Peggy Lund,   205 Pleasant Dr.,   La Porte City, IA 50651-1140
11517785    +Rockford Memorial Hospital,   2300 N. Rockton Avenue,   Rockford, IL 61103-3619
11517786     Rockford Radiology Assoc.,   P.O. Box 5368,   Rockford, IL 61125-0368
11719831    +Sallie Mae,   c/o Sallie Mae Inc,   220 Lasley Avenue,   Wilkes-Barre, Pennsylvania 18706-1496
11517787     Sallie Mae,   1002 Arthur Dr.,   Lynn Haven, FL 32444-1683
11517782    +Swedish American MSO,   Mutual Management Services Inc,   P.O. BOX 4777,
              Rockford, IL 61110-4777
11517789     U.S. DEPARTMENT OF EDUCATION,   Direct Loan Servicing Center,   P.O. Box 5609,
              Greenville, TX 75403-5609
11517791    +University of Northern Iowa,   GIL 256,   Cedar Falls, IA 50614-0001
11517793     VICTORIA'S SECRET,   c/o World Financial Network,   P.O. Box 182128,   Columbus, OH 43218-2128
11517792     Verda Loeb,   RR 1,   La Porte City, IA 50651
11517794    +Wells Fargo Education**,   PO Box 5185,   Sioux Falls, SD 57117-5185
11797924     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
              POB 35480,   Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Mar 28, 2009.
```
11517775     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2009 07:46:33     DISCOVER CARD,
              P.O. Box 15316,   Wilmington, DE 19850-5316
11656967     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 28 2009 07:46:33
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11517790     E-mail/Text: sharie.palmer@valpo.edu                    UNIVERSITY ACCOUNTING SERVICE,
              P.O. Box 5291,   Carol Stream, IL 60197-5291
```
                                                                         TOTAL: 3

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
11517788*   +Sallie Mae,   1002 Arthur Dr.,   Lynn Haven, FL 32444-1683
```
                                                                         TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: lorsmith          Page 2 of 2          Date Rcvd: Mar 27, 2009
Case: 07-71826               Form ID: pdf002          Total Served: 35
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 29, 2009**                    **Signature:**    _Joseph Speetjens_