# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: LOGAN, JOHN A | § | Case No. 07-71826 |
| LOGAN-LUND, ANGELA M | § | |
| | § | |
| Debtor(s) LUND, ANGELA | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $173,024.35 | Assets Exempt: $31,800.00 |
| Total Distribution to Claimants: $1,757.16 | Claims Discharged Without Payment: $-353,851.98 |
| Total Expenses of Administration: $4,245.51 | |

3) Total gross receipts of $ 6,002.67 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,002.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $142,400.00 | $17,691.20 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,245.51 | 4,245.51 | 4,245.51 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,595.74 | 3,595.74 | 1,757.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,366.00 | 138,154.51 | 138,154.51 | 0.00 |
| **TOTAL DISBURSEMENTS** | $181,766.00 | $163,686.96 | $145,995.76 | $6,002.67 |

4) This case was originally filed under Chapter 7 on July 31, 2007.
. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2009             By: /s/BERNARD J. NATALE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Business Checking and Savings at US Bank (amount | 1129-000 | 1,200.00 |
| 1/2 interest in law partnership. Misc. used comp | 1129-000 | 1,900.00 |
| Law Offices of Angela Lund - Opened Feb. 2007 | 1129-000 | 1,000.00 |
| Misc. Guitars and Firearms. | 1129-000 | 1,900.00 |
| Interest Income | 1270-000 | 2.67 |
| **TOTAL GROSS RECEIPTS** | | $6,002.67 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National Bank and Trust of Sycamore | 4210-000 | N/A | 17,691.20 | 0.00 | 0.00 |
| American Honda Finance Corp | 4210-000 | 23,000.00 | N/A | 0.00 | 0.00 |
| Homecomings Financial | 4110-000 | 119,400.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $142,400.00 | $17,691.20 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 38.99 | 38.99 | 38.99 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,856.25 | 2,856.25 | 2,856.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.27 | 1,350.27 | 1,350.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,245.51 | $4,245.51 | $4,245.51 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | N/A | 3,595.74 | 3,595.74 | 1,757.16 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $3,595.74 | $3,595.74 | $1,757.16 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Swedish American MSO | 7100-000 | N/A | 25.00 | 25.00 | 0.00 |
| Discover Bank/DFS Services LLC | 7100-000 | N/A | 2,521.44 | 2,521.44 | 0.00 |
| Sallie Mae | 7100-000 | N/A | 7,585.55 | 7,585.55 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | 7100-000 | N/A | 97,898.55 | 97,898.55 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-000 | N/A | 1,092.40 | 1,092.40 | 0.00 |
| Candice Dixon | 7100-000 | N/A | 28,766.46 | 28,766.46 | 0.00 |
| Internal Revenue Service | 7200-000 | N/A | 265.11 | 265.11 | 0.00 |
| Aspire USA | 7100-000 | 1,323.00 | N/A | 0.00 | 0.00 |
| Attorney Harold Turner | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Best Buy | 7100-000 | 1,453.00 | N/A | 0.00 | 0.00 |
| Capitol One | 7100-000 | 140.00 | N/A | 0.00 | 0.00 |
| Citi Cards | 7100-000 | 3,627.00 | N/A | 0.00 | 0.00 |
| City of Rockford | 7100-000 | 50.00 | N/A | 0.00 | 0.00 |
| KSB Hospital | 7100-000 | 208.00 | N/A | 0.00 | 0.00 |
| Menards - Retail Services | 7100-000 | 1,745.00 | N/A | 0.00 | 0.00 |
| Rockford Memorial Hospital | 7100-000 | 2,500.00 | N/A | 0.00 | 0.00 |
| Rockford Radiology Associates | 7100-000 | 188.00 | N/A | 0.00 | 0.00 |
| Univery of Northern Iowa | 7100-000 | 2,000.00 | N/A | 0.00 | 0.00 |
| Victoria's Secret | 7100-000 | 709.00 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| Wells Fargo Education | 7100-000 | 25,423.00 | N/A | 0.00 | 0.00 |
|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | $39,366.00 | $138,154.51 | $138,154.51 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-71826

Case Name:    LOGAN, JOHN A
              LOGAN-LUND, ANGELA M

Period Ending: 06/16/09

Trustee:    (330370)    BERNARD J. NATALE

Filed (f) or Converted (c):    07/31/07 (f)

§341(a) Meeting Date:    08/30/07

Claims Bar Date:    12/28/07

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 | Location: 5404 East Drive Loves, Park IL | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | H - Checking at Amcore W - Checking at Amcore am | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Wifes Business Account | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Business Checking and Savings at US Bank (amount | 1,200.00 | 1,200.00 | | 1,200.00 | FA |
| 5 | Husband Business Checking at Amcore | 24.35 | 24.35 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term policies only : W w/ USAA, H w/ CC | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1/2 interest in law partnership. Misc. used comp | 4,500.00 | 1,000.00 | | 1,900.00 | FA |
| 10 | Law Offices of Angela Lund - Opened Feb. 2007 | 500.00 | 0.00 | | 1,000.00 | FA |
| 11 | 2006 Honda Element | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2005 Jeep Liberty | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2005 Kawasaki Vulcan motorcycle | 5,000.00 | 200.00 | DA | 0.00 | FA |
| 14 | 1969 Viking 12' boat with 15HP motor | 500.00 | 0.00 | DA | 0.00 | FA |
| 15 | Misc. Guitars and Firearms. | 2,000.00 | 2,000.00 | | 1,900.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.67 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$181,224.35** | **$4,424.35** | | **$6,002.67** | **$0.00** |

**Major Activities Affecting Case Closing:**

INVESTIGATION OF VALUE IN BOTH DEBTORS' LAW PRACTICES AND ALL OTHER NON EXEMPT ASSETS.

Initial Projected Date Of Final Report (TFR):    December 31, 2008        Current Projected Date Of Final Report (TFR):    March 16, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 07-71826 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** LOGAN, JOHN A | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| LOGAN-LUND, ANGELA M | **Account:** ***-*****30-65 - Money Market Account |
| **Taxpayer ID #:** 13-7605011 | **Blanket Bond:** $552,000.00  (per case limit) |
| **Period Ending:** 06/16/09 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/08 | {4} | JOHN A. LOGAN | COMPROMISE | 1129-000 | 1,000.00 | | 1,000.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.06 | | 1,000.06 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.20 | | 1,000.26 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.19 | | 1,000.45 |
| 09/12/08 | | THE LAW OFFICE OF JOHN A LOGAN | PAYMENT ON COMPROMISE RE: NON-EXEMPT ASSETS - JULY PYMT | | 500.00 | | 1,500.45 |
| | {4} | | | 200.00  1129-000 | | | 1,500.45 |
| | {9} | | | 300.00  1129-000 | | | 1,500.45 |
| 09/12/08 | {9} | THE LAW OFFICE OF JOHN A LOGAN | PAYMENT ON COMPROMISE RE: NON-EXEMPT ASSETS AUG PYMT | 1129-000 | 500.00 | | 2,000.45 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.30 | | 2,000.75 |
| 10/08/08 | {9} | JOHN A.  LOGAN | COMPROMISE | 1129-000 | 500.00 | | 2,500.75 |
| 10/20/08 | {9} | John A Logan | 10/08 Payment on Compromise | 1129-000 | 500.00 | | 3,000.75 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 0.48 | | 3,001.23 |
| 11/04/08 | {10} | ANGELA LUND-LOGAN | COMPROMISE | 1129-000 | 1,000.00 | | 4,001.23 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.44 | | 4,001.67 |
| 12/15/08 | | ANGELA LUND-LOGAN | COMPROMISE | | 500.00 | | 4,501.67 |
| | {9} | | | 100.00  1129-000 | | | 4,501.67 |
| | {15} | | | 400.00  1129-000 | | | 4,501.67 |
| 12/31/08 | {15} | JOHN A. LOGAN | COMPROMISE | 1129-000 | 500.00 | | 5,001.67 |
| 12/31/08 | {15} | JOHN A. LOGAN | COMPROMISE | 1129-000 | 1,000.00 | | 6,001.67 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.36 | | 6,002.03 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.28 | | 6,002.31 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.27 | | 6,002.58 |
| 03/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0600% | 1270-000 | 0.09 | | 6,002.67 |
| 03/10/09 | | To Account #*******3066 | TRANSFER FOR TRUSTEE'S FINAL REPORT | 9999-000 | | 6,002.67 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **6,002.67** | **6,002.67** | **$0.00** |
| Less: Bank Transfers | 0.00 | 6,002.67 | |
| **Subtotal** | **6,002.67** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$6,002.67** | **$0.00** | |

{} Asset reference(s)

Printed: 06/16/2009 10:37 AM    V.11.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-71826 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | LOGAN, JOHN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOGAN-LUND, ANGELA M | | Account: | ***-*****30-66 - Checking Account |
| Taxpayer ID #: | 13-7605011 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 06/16/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/09 | | From Account #*******3065 | TRANSFER FOR TRUSTEE'S FINAL REPORT | 9999-000 | 6,002.67 | | 6,002.67 |
| 04/22/09 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.27, Trustee Compensation;  Reference: | 2100-000 | | 1,350.27 | 4,652.40 |
| 04/22/09 | 102 | Internal Revenue Service | Distribution paid  48.86% on $3,595.74; Claim# 8; Filed: $3,595.74; Reference: 30-0293247 | 5800-000 | | 1,757.16 | 2,895.24 |
| 04/22/09 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,895.24 | 0.00 |
| | | | Dividend paid 100.00%        2,856.25 on $2,856.25;  Claim# ATTY; Filed: $2,856.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%          38.99 on $38.99;  Claim# EXP; Filed: $38.99 | 3120-000 | | | 0.00 |

|  | | |  | ACCOUNT TOTALS | 6,002.67 | 6,002.67 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 6,002.67 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,002.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $6,002.67 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| **MMA # ***-*****30-65** | 6,002.67 | 0.00 | 0.00 |
| **Checking # ***-*****30-66** | 0.00 | 6,002.67 | 0.00 |
| | $6,002.67 | $6,002.67 | $0.00 |

{} Asset reference(s)